1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANA ISMAIL ABUDAWOOD; AYMAN ISMAIL ABUDAWOOD; ANAS ISMAIL ABUDAWOOD; SALWA ISMAIL ABUDAWOOD, <br><br> Applicants, <br><br> v. <br><br> ELEANOR DE LEON; ALAA ABUDAWOOD, <br><br> Respondents. | Case No. 8:23-cv-02448-JLS-JDE <br><br> **AMENDED FINAL JUDGMENT** |

On December 22, 2023, Applicants and Movants Sheikha Sana Ismail Abudawood, Sheikh Anas Ismail Abudawood, Sheikh Ayman Ismail Abudawood, and Sheikha Salwa Ismail Abudawood's (collectively, "Applicants"), through their counsel, Mark Holscher, Michael Shipley, and Edward Hillenbrand of Kirkland & Ellis LLP, moved to Confirm an Arbitral Award dated October 13, 2023, pursuant 9 U.S.C. § 9. Respondents Eleanor de Leon and Alaa Abudawood ("Respondents"), did not appear or oppose. Applying the procedure "in the manner provided by law for the making and hearing of motions," 9 U.S.C. § 6, the Court granted the motion. By reason of said ruling, Applicants are entitled to have judgment of the Court entered upon the award.

**NOW, THEREFORE, IT IS ORDERED, AJDUDGED AND DECREED THAT**:

1.      The Arbitrator's October 13, 2023 Award is **CONFIRMED**.

2.      Applicants shall recover from Respondents post-Award attorneys' fees in the amount of $281,443.95 and costs in the amount of $9,750.89.

IT IS SO ADJUDGED.

DATED: March 18, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28